| Reber v. Kowalski | OP 17-0373 Denied | 07/11/17 | Original Proceeding Habeas Corpus |
| Lenoir v. 4th Jud. District Court | OP 17-0375 Denied | 07/11/17 | Original Proceeding Supervisory Control |
| Marriage of Axelberg 2017 MT 178N | DA 16-0412 Affirmed | 07/18/17 | Dist. 11 (Flathead) |
| State v. Springer 2017 MT 179N | DA 16-0044 Affirmed | 07/18/17 | Dist. 13 (Yellowstone) |
| J.B.L. v. 13th Jud. District Court | OP 17-0381 Denied | 07/18/17 | Original Proceeding Supervisory Control |
| Burchill v. Gallatin County | OP 17-0389 Denied | 07/18/17 | Original Proceeding Habeas Corpus |
| Ford v. Michael, et al 2017 MT 183N | DA 17-0119 Affirmed | 07/25/17 | Dist. 3 (Powell) |
| Denenny v. O'Fallon | OP 17-0406 Denied | 07/25/17 | Original Proceeding Habeas Corpus |
| Gee v. State | OP 17-0404 Denied | 07/25/17 | Original Proceeding Habeas Corpus |
| Drake v. State | OP 17-0411 Denied | 07/25/17 | Original Proceeding Habeas Corpus |
| Cline v. Kralich 2017 MT 187N | DA 16-0216 Aff'd in part Rev. in part | 08/01/17 | Dist. 12 (Chouteau) |
| Zinvest v. Missoula County, et al. 2017 MT 188N | DA 16-0678 Affirmed | 08/01/17 | Dist. 4 (Missoula) |
| Zlahn v. 13th Jud. District Court | OP 17-0424 Denied | 08/01/17 | Original Proceeding Mandamus |
| Payne v. Fletcher | OP 17-0422 Denied | 08/01/17 | Original Proceeding Habeas Corpus |
| Eva v. O'Fallon | OP 17-0418 Denied | 08/01/17 | Original Proceeding Habeas Corpus |